ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| CARMEN MORALES ASCENCIO; SHEILA RIVERA SANTIAGO; AND LYDIA HERNANDEZ REYES | |
| v. | CIVIL CASE 97-2525(CCC) |
| ENRON CORPORATION, ET AL. | |

JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3134, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk